IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Mahahmadou Diarra,                   )
                                     )
        Petitioner,                  )        CV 07-1186-PHX-PGR (MEA)
                                     )
    v.                               )        **ORDER**
                                     )
Alberto Gonzales,                    )
                                     )
        Respndent.                   )
_____)

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Aspey and no party having filed any objection to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 7)** is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is DISMISSED with prejudice as MOOT.   DATED this 24th day of August, 2007.


Paul G. Rosenblatt
United States District Judge